IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SHARON MELISSA VIA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv531-ID |
| | ) |
| **ALLSTATE INDEMNITY CO., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's motion to remand to state court, as amended (Doc. Nos. 3-4), it is ORDERED that Defendants show cause, if any there be, on or before July 7, 2006, why said motion should not be granted.

DONE this 20th day of June, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE