IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON MELISSA VIA,  ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 2:06-CV-00531-ID-CSC |
| ) | |
| ALLSTATE INDEMNITY ) | |
| COMPANY, ) | |
| ET AL., ) | |
| ) | |
|     Defendants. ) | |

**REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to Fed.R. Civ. P. 26(f), a meeting was held by telephone, at Huie, Fernambucq & Stewart, L.L.P. and was attended by:

Christy Crow on behalf of Plaintiffs; M. Keith Gann on behalf of Defendants.

    2.    **PRETRIAL DISCOVERY DISCLOSURES:** The parties will exchange by **October 10, 2006** the information required by Rule 26.1(a)(1).

    3.    **DISCOVERY PLAN**. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

**PLAINTIFFS:** The Plaintiffs propose discovery including document production, responses to written discovery and depositions concerning all theories pled within the Complaint and specifically Allstate's handling of the claim in

question.

**DEFENDANT:** Defendants seek discovery including document production, responses to written discovery and depositions concerning the basis for Plaintiffs' Complaint and specifically Plaintiffs' allegation that the claim in question has not been fully and adequately paid.

All discovery commenced in time to be completed by **March 1, 2007**.

A maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 25 request for admissions by each party to any other party. Responses due 30 days after service.

A maximum of 30 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 15 depositions for Plaintiff and 15 depositions for Defendants.

Reports from retained experts under Rule 26(a)(2) shall be due from the Plaintiff on or before **November 1, 2006,** with Plaintiff's experts to be deposed before **December 15, 2006.** Reports from Defendants' experts under Rule 26(a)(2) shall be due on or before **January 15, 2007** with Defendants' experts to be deposed on or before **March 1, 2007**.

4. **OTHER ITEMS**:

The parties do request a conference with the Court before entry of the

Scheduling Order. Plaintiff should be allowed until **October 17, 2006**, to add additional parties and to amend pleadings. Defendants should be allowed until **November 6, 2006**, to join additional parties and to amend pleadings.

All dispositive motions should be filed by **April 4, 2007**.

Settlement cannot be realistically evaluated prior to close of discovery.

The parties request a final pretrial conference in **April 2007**.

Final lists of trial evidence under Rule 26(a)(3) should be due:

From Plaintiff and Defendant **21** days before trial; exhibits **21** days before trial.

The parties should have **7** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial in **May 2007**. Expected length of trial is **4** days.

                              Respectfully Submitted,

                              s/M. Keith Gann, Esq.
                              s/Gordon J. Brady, III, Esq.
                              Huie, Fernambucq and Stewart, LLC
                              The Protective Center, Building 3
                              2801 Highway 280 South, St. 200
                              Birmingham, AL 35223

                              s/Christy Crow
                              Jinks, Daniel & Crow, P.C.
                              Post Office Box 350
                              Union Springs, AL 36089
                              Attorney for Plaintiff