IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON MELISSA VIA, | * |
| | * |
| Plaintiff, | * |
| | * |
| -vs- | *   CIVIL ACTION NO.  2:06-CV-00531-ID-CSC |
| | * |
| ALLSTATE INDEMNITY | * |
| COMPANY, ET AL., | * |
| | * |
| Defendants. | * |

**MOTION TO WITHDRAW**

COME NOW the undersigned attorneys and move this Honorable Court to allow them to withdraw as attorneys for the Plaintiff, Sharon Melissa Via, and as reason therefore show unto the Court that there has been a breakdown in the attorney client relationship and the undersigned no longer believe that they can adequately represent the Plaintiff's interests.  The undersigned further certifies that they have provided notice to the Plaintiff of their intent to file this motion to withdraw and informed the Plaintiff that she needs to find other counsel.   The Plaintiff is also being served with a copy of this motion.

WHEREFORE, premises considered, the undersigned respectfully requests that this Court allow them to withdraw as attorneys for the Plaintiff.

*/s/ Christina D. Crow*
CHRISTINA D. CROW

OF COUNSEL:

JINKS, DANIEL & CROW, P.C.
P. O. BOX 350
UNION SPRINGS, AL 36089
(334) 738-4225

                                                   */s/ Frank M. Wilson*
                                                   FRANK M. WILSON

OF COUNSEL:

FRANK M. WILSON, P.C.
504 SOUTH PERRY STREET
MONTGOMERY, AL 36104
(334)263-2560

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 2<u>nd</u> day of <u>February</u>, 2007, filed the above pleading/discovery electronically with the State of Alabama E-Filing System. The below counsel will receive a copy from the system via email if registered in the Alafile system. If not, I certify that I have placed a copy of the same in the U.S. mail this day.

                            Thomas E. Bazemore, III, Esq.
                            Gordon J. Brady, III, Esq.
                       Huie, Fernambucq & Strewart, LLP
                                The Protective Center
                    2801 Highway 280 South, Suite 200
                            Birmingham, Alabama 35223

                                Sharon Melissa Via
                                3341 Albans Lane
                            Montgomery Alabama 36111

                                                      */s/ Christina D. Crow*
                                                      OF COUNSEL