IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON MELISSA VIA, | * |
| | * |
| Plaintiff, | * |
| | * |
| -vs- | * CIVIL ACTION NO. 2:06-CV-00531-ID-CSC |
| | * |
| ALLSTATE INDEMNITY COMPANY, ET AL., | * |
| | * |
| Defendants. | * |

## MOTION TO WITHDRAW

COMES NOW the undersigned attorney and move this Honorable Court to allow him to withdraw as attorney for the Plaintiff, Sharon Melissa Via, and as reason therefore show unto the Court that there has been a breakdown in the attorney client relationship and the undersigned no longer believe that he can adequately represent the Plaintiff's interests. The undersigned further certifies that he has provided notice to the Plaintiff of his intent to file this motion to withdraw and informed the Plaintiff that she needs to find other counsel. The Plaintiff is also being served with a copy of this motion.

WHEREFORE, premises considered, the undersigned respectfully requests that this Court allow them to withdraw as attorney for the Plaintiff.

                                        */s/ Lynn W. Jinks, III*
                                        LYNN W. JINKS, III

OF COUNSEL:

JINKS, DANIEL & CROW, P.C.
P. O. BOX 350
UNION SPRINGS, AL 36089
(334) 738-4225

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this the 6nd day of February, 2007, filed the above pleading/discovery electronically with the State of Alabama E-Filing System. The below counsel will receive a copy from the system via email if registered in the Alafile system. If not, I certify that I have placed a copy of the same in the U.S. mail this day.

       Thomas E. Bazemore, III, Esq.
       Gordon J. Brady, III, Esq.
      Huie, Fernambucq & Strewart, LLP
        The Protective Center
     2801 Highway 280 South, Suite 200
       Birmingham, Alabama 35223

        Sharon Melissa Via
        3341 Albans Lane
      Montgomery Alabama 36111


                */s/ Lynn W. Jinks, III*
                OF COUNSEL