**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **SHARON MELISSA VIA, individually and as mother and next friend of A. H., a minor,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| **v.** | ) **CIVIL ACTION NO. 2:06cv531-ID** <br> ) |
| **ALLSTATE INDEMNITY CO., et al.,** | ) <br> ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Counsel for Plaintiff's motions to withdraw (Doc. Nos. 13-14), it is ORDERED that a hearing is hereby set on the 13th day of February, 2007, at 1:00 p.m., in chambers B-300, in the United States Courthouse, One Church Street, Montgomery, Alabama. Counsel for Plaintiff and Defendant, as well as Plaintiff, are DIRECTED to attend. The hearing will be directed toward a determination of whether counsel for Plaintiff's withdrawal from representation "can be accomplished without material adverse effect on the interests of the client," Ala. R. Prof. Cond. Rule 1.16, and consideration of any other matters which the parties deem relevant.

DONE this 6th day of February, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE