IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON MELISSA VIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   CIVIL ACTION NO. |
| | )   2:06-CV-00531-ID-CSC |
| | ) |
| ALLSTATE INDEMNITY | ) |
| COMPANY, ET AL., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Thomas E. Bazemore and hereby enters this his Notice of Appearance as additional counsel for Defendant, ALLSTATE INDEMNITY COMPANY.

Respectfully submitted,

s/Thomas E. Bazemore, III
Attorney for Defendant,
ALLSTATE INDEMNITY COMPANY
Huie, Fernambucq and Stewart, LLP
The Protective Center, Building 3
2801 Highway 280 South, St. 200
Birmingham, AL 35223
(205) 251-1193

01105948.1/1050-0246

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing upon all counsel of record this the 14th day of February 2007.

Sharon Melissa Via
3341 Albans Lane
Montgomery, Alabama 36111

                                                  s/Thomas E. Bazemore, III
                                                  Of Counsel