*Via*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* )   C. Date of Delivery 02/13/07 |

|ᵢₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗ|
Sharon Melissa Via
3341 Albans Lane
Montgomery, AL 36111

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2:06cv531-ID (order, Doc #15)

2. Article Number
(*Transfer from service label*)    7005 1160 0001 2962 1539

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540