IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SHARON MELISSA VIA,
    Plaintiff

v.

ALLSTATE INDEMNITY COMPANY,
et. al.,
    Defendants.

Civil Action No.
2:06-CV-00531-ID-CSC

## NOTICE OF APPEARANCE

COMES NOW Dan W. Taliaferro, the undersigned counsel, and gives notice of his appearance as counsel for Plaintiff in this cause.

Dan W. Taliaferro
Attorney for Plaintiff

Dan W. Taliaferro, Esq.
6987 Halcyon Park Drive
Montgomery, AL 36117

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing document by U. S. Mail, first class postage prepaid and properly addressed, on the ___ day of February, 2007 to the following:

Christina D. Crow, Esq.
Jinks, Daniel and Crow, PC
Post Office Box 350
Union Springs, AL 36089

M. Keith Gann, Esq.
Huie, Fernambucq & Stewart, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, AL 35223

Dan W. Taliaferro