IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON MELISSA VIA, individually and as mother and next friend of A. H., a minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv531-ID ) |
| ALLSTATE INDEMNITY CO., et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion to remand, filed February 22, 2007 (Doc. No. 20), it is ORDERED that Defendant Allstate Indemnity Co. show cause, if any there be, on or before March 2, 2007, why said motion should not be granted.

DONE this 22nd day of February, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE