**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Montgomery County Circuit Court
   100 South Lawrence Street
   Montgomery, AL 36103

2. Article Number (Transfer from service label): 7006 2760 0002 8193 2221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tommie Johnson
☐ Agent
☐ Addressee

B. Received by (Printed Name): Tommie Johnson
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:06 CV 531
# 23 order

MAR 0 8 2007

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt

102595-02-M-1540